Ramos, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11/21/2016

Manuel Jimenez,

    Plaintiff,

Case No. 1:15-cv-09331-ER

- against -

LGL2 Bronx Portfolio LLC,
E&M Associates LLC, and
The Morgan Group LLC,

    Defendants.

**Stipulation of Voluntary Dismissal with Prejudice**

Manuel Jiminez, LGL2 Bronx Portfolio LLC, E&M Associates LLC, and The Morgan Group LLC, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the conditional dismissal with prejudice of this action and request that the action be dismissed with prejudice, each party to bear his/its own costs.

Ahdul Hassan Law Group, pllc
*Attorneys for Plaintiff*

By: *Abdul Hassan*
Abdul K. Hassan
215-28 Hillside Avenue
Queens Village, New York 11427
(718) 740-1000

Dated: _____

CLIFTON BUDD & DEMARIA, LLP
*Attorneys for The Morgan Group, LLC*

By: _____
Daniel W. Morris
350 Fifth Avenue, 61st Floor
New York, New York 101118
(212) 687-7410

Dated: _____

MELTZER, LIPPE, GOLDSTEIN, & BREITSTONE, LLP
*Attorneys for LGL2 Bronx Portfolio, LLC and E&M Associates, LLC*

By: _____
Robert R. Barravecchio
190 Willis Avenue
Mineola NY 11501

(516) 747-0300

Dated: _____

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 11/21/2016
New York, New York